In the Matter of the Estate of PETER LAKUTO, Deceased. MICHAL AKSTEROWICZ, as Administrator of the Estate of PETER LAKUTO, Deceased, Respondent; FRANCES SATKOWSKI et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order directs Frances Satkowski and Dinah Rosenblatt to deliver certain personal property to the administrator, and account for rents and interest received on realty belonging to the estate, and refrain from collecting further rents and interest, on a motion for a temporary injunction.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

with costs to the respondent. All concur. (The decree adjudges that certain personal property belongs to the estate of decedent and should be turned over to the administrator by claimant or her attorney.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.